# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

JEREMY DAVID SCHAAL,

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 15, 2018**

SEAN F. McAVOY, CLERK

)
_____ )
*Plaintiff*                                )
v.                                         )          Civil Action No.   4:17-CV-05121-RHW
COMMISSIONER OF SOCIAL SECURITY,           )
                                           )
_____
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Plaintiff's Motion for Summary Judgment (ECF No. 12) is DENIED.
Defendant's Motion for Summary Judgment (ECF No. 13) is GRANTED.
Judgment is entered for Defendant.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   ROBERT H. WHALEY _____   on  motions for

Summary Judgment.

Date:  06/15/2018 _____

*CLERK OF COURT*

 SEAN F. McAVOY _____

 s/ Allison Yates _____
                              *(By) Deputy Clerk*

 Allison Yates _____